IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA JULIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-CV-09075 |
| v. ) | |
| ) | Judge James F. Holderman |
| ADVANCED EQUITIES, INC., ) | |
| ADVANCED EQUITIES FINANCIAL ) | Magistrate Judge Susan E. Cox |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Lisa Julin
2222 West Diversey Avenue #414
Chicago, IL 60647

PLEASE TAKE NOTICE that on the 6th day of May, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James Holderman, or any judge sitting in his stead, in Courtroom 2141, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion to Dismiss Plaintiff's Complaint,** a copy of which is hereby served upon you.

Dated: April 30, 2014         **Advanced Equities Financial Corporation
                               and Advanced Equities, Inc.**


                              By:    /s/ Mitchell J. Edlund
                                     One of their Attorneys

Mitchell J. Edlund (No. 6229190)
Amanda Suchecki (No. 6307168)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900 - Telephone
(312) 474-7898 – Facsimile

2

**CERTIFICATE OF SERVICE**

I, Amanda Suchecki hereby certify that on April 30, 2014, I electronically filed the foregoing **Notice of Motion** using the CM/ECF system which will serve notice to the following:

>Lisa Julin
>2222 West Diversey Avenue #414
>Chicago, IL 60647
>lisajulin@yahoo.com
>312-285-8500

/s/     *Amanda Suchecki*

M:\14484\pleading\Julin\nom001.docx

2